1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DANIELLE LYNNE CAMPBELL O/B/O          No.  2:17-cv-2501-KJN
     KAYDEN DEAN CAMPBELL,
12
                Plaintiff,
13
                                           ORDER TO SHOW CAUSE
           v.
14
     COMMISSIONER OF SOCIAL
15   SECURITY,

16

17              Defendant.

18

19          On June 25, 2018, the Commissioner lodged the administrative transcript in this matter.

20   (ECF No. 10.)  Pursuant to the court's scheduling order, plaintiff was required to file a motion for

21   summary judgment and/or remand within 45 days of service with the administrative record.  That

22   deadline has now long passed.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  Within 21 days of this order, plaintiff shall show cause in writing why plaintiff should

25              not be sanctioned for failure to comply with the court's scheduling order.

26          2.  Within 21 days of this order, plaintiff shall file a motion for summary judgment and/or

27              remand.

28   ////

                                               1

3. Failure to comply with this order will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 14, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE