UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DANIELLA LYNNE CAMPBELL obo KDC, <br><br> Plaintiff, <br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:17-cv-02501-KJN <br><br> ORDER OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), IT IS HEREBY ORDERED that:

1. The final decision of the Commissioner of Social Security is REVERSED and the action is REMANDED to the Commissioner for further administrative proceedings consistent with the terms of the Stipulation to Remand.

1

2. The Clerk of Court shall enter a final judgment in favor of plaintiff and against defendant, except that the court retains jurisdiction for the limited purpose of supervising payment of plaintiff's counsel's sanctions as ordered to be paid on March 7, 2019 (<u>see</u> ECF No. 18).

Dated: March 11, 2019

*[signature: Kendall J. Newman]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE